**IT IS ORDERED as set forth below:**

Date: August 12, 2010

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN THE MATTER OF:

NAME:     JOHN & DONNA LINDAHL                Chapter 13 No. 10-20973

ADDRESS:  940 AMBLESIDE DRIVE                  JUDGE BRIZENDINE
          SUWANEE, GA 30041

SSN:      --- -- 7157 & --- -- 1704

    Debtors.


JOHN & DONNA LINDAHL

    Plaintiffs,

        versus

PNC BANK NA

    Defendant.

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM OF PNC BANK, NA AND AVOIDING LIEN EFFECTIVE UPON DISCHARGE**

Debtor-Plaintiff named above commenced this contested matter by filing on June 17, 2010 a motion pursuant to 11 U.S.C. § 506(a) and (d) and Fed. R.Bankr.P. 3012 and 9014 to determine the secured status of the claim of Respondent PNC Bank, NA. Respondent asserts a security interest and/or lien in that certain

residential real property of Debtor located at 940 Ambleside Drive, Suwanee, GA 30041, based on a deed to secure debt filed on April 10, 2006 and recorded in Deed Book 4227, at Page 386-392, in the official records of the Clerk of Superior Court of Forsyth County, Georgia.

The above matter coming before the court on August 4, 2010, and there appearing no opposition and upon review of the record,

**IT IS ORDERED**

that Debtor-Plaintiff's motion be, and the same hereby is, granted; and, it is

**FURTHER ORDERED** in accordance with 11 U.S.C. § 506(a) that PNC Bank, NA claim shall be treated as a general non-priority unsecured claim in this Chapter 13 case; and, it is

**FURTHER ORDERED** that the security interest and/or lien of PNC Bank, NA, which encumbers that certain real property of Debtor as described above, shall be deemed **void**, and shall be **extinguished *automatically*** without further court order, pursuant to 11 U.S.C. §506(d) upon entry of the Debtor's discharge in this Chapter 13 case; **provided, however**, that the Court reserves jurisdiction to consider, if necessary, the avoidance of Respondent's security interest and/or lien prior to the entry of Debtor's discharge and further, if necessary, the entitlement to any excess proceeds above the amount needed to satisfy the claim of any security interest and/or lien senior to PNC Bank, NA lien that may be realized from the sale or foreclosure of the real property in question; and it is

**FURTHER ORDERED** that in the event of dismissal of this case or conversion of this case to a case under Chapter 7, the security interest and/or lien of PNC Bank, NA shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or § 348(f)(1)(B), as applicable.

The Clerk is directed to serve a copy of this Order upon all parties on the distribution list as provided by Debtor's counsel and attached hereto, as will as all

other creditors and parties in interest herein.

Prepared by:

/s/ Bob Phillips
BOB PHILLIPS
Attorney for Debtor
327 Dahlonega Street Ste 104
Cumming, GA 30040
770-205-1922
Fax 770-205-0887

**END OF DOCUMENT**

**DISTRIBUTION LIST**

Office of the US Trustee
Room 362
Russell Federal Building
75 Spring Street SW
Atlanta, GA 30303

Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

PNC Bank, NA
PO Box 747032
Pittsburgh, PA 15274-7032

Registered Agent
Donna Kindrad-c/o PNC Bank NA
2730 Liberty Avenue
Pittsburgh, PA 15222

John & Donna Lindahl
940 Ableside Drive
Suwanee, GA 30041